UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELYN PARKER, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:20-427 |
| v. | : | (JUDGE MANNION) |
| CORRECTIONAL CARE, INC. et al., | : | |
| | : | |
| Defendants. | | |

## ORDER

In light of the memorandum issued on this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendants' motion for summary judgment, **(Doc. 36)**, is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 28, 2023**
20-427-01-ORDER